

FILED

MAR -7 2...

CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Dakota West Credit Union, | ) | Civil File No. |
| | ) | |
| Plaintiff, | ) | 1:07-CV-16 |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT, DISTRICT OF NORTH DAKOTA** |
| | ) | |
| CUMIS Insurance Society, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant CUMIS Insurance Society, Inc., ("CUMIS"), through its undersigned attorneys, hereby removes and gives notice of its removal of this action to the United States District Court for the District of North Dakota, Southwestern Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds for removal, CUMIS states as follows:

1.  On February 9, 2007, Plaintiff commenced this civil action against CUMIS in the District Court for the County of Burleigh, North Dakota, by service of process on the Department of Insurance for the State of North Dakota. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings that have been served on CUMIS to date are attached hereto as the following exhibits:

    Exhibit A: Summons
    Exhibit B: Complaint

2.  The service of process was CUMIS' first and only receipt of any pleading in this matter. No activity has occurred in the District Court for the

121148545v1 874828

County of Burleigh, North Dakota as of the date of the filing of this Notice of Removal.

3. The above-entitled case is a civil action of which the United States District Court for the District of North Dakota has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is an action of a civil nature between citizens of different states where the amount in controversy is alleged to exceed $75,000.00, exclusive of costs, fees and interest.

4. In this civil action, Plaintiff contends that it is a citizen of Watford City, North Dakota. Plaintiff seeks coverage under an insurance policy issued by CUMIS for the full amount of a loss that Plaintiff allegedly suffered, in the amount of $950,023.73.

5. At the time of this action and at all times since, CUMIS is and was a corporation organized and existing under the laws of the State of Wisconsin with its principal office and place of business in Madison, Wisconsin, and was not a citizen of the State of North Dakota.

6. This action is removable to the United States District Court for the District of North Dakota pursuant to 28 U.S.C. § 1441, which provides that any civil action brought in a state court for which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court for the United States for the district and division embracing the place where the action is pending.

121148545v1 874828

-3-

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of first receipt by CUMIS of the Summons and Complaint setting forth Plaintiff's claims for relief.

8. A copy of this Notice of Removal is being filed with the Court Administrator for the District Court for the County of Burleigh, North Dakota, together with a Notice of Filing of Notice of Removal.

WHEREFORE, defendant CUMIS Insurance Society, Inc. gives notice and respectfully removes the above-entitled action from the District Court for the County of Burleigh, North Dakota, to the United States District Court for the District of North Dakota, Southwestern Division.

Dated: March 7th, 2007.

By: _____
M. Daniel Vogel (#03198)
Robert B. Stock (#05919)
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND 58107-1389
Telephone: 701-237-6983
Fax: 701-356-6395

Russell S. Ponessa - Pending Admission *Pro Hac Vice*
Jennifer C. Kalvestran - Pending Admission *Pro Hac Vice*
HINSHAW & CULBERTSON LLP
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Fax: 612-334-8888

ATTORNEYS FOR DEFENDANT CUMIS INSURANCE SOCIETY, INC.

RE:            Dakota West Credit Union v. CUMIS Insurance Society, Inc.
CIVIL NO.:

| STATE OF NORTH DAKOTA | ) | |
|---|---|---|
| | ) SS. | *AFFIDAVIT OF SERVICE BY MAIL* |
| COUNTY OF CASS | ) | |

     Debra J. Haarsager, being first duly sworn, does depose and state that she is of legal age and not a party to the above-entitled matter.

     On March 7, 2007, Affiant deposited in the United States Post Office at Fargo, North Dakota, a true and correct copy of the following document:

### NOTICE OF REMOVAL

     A copy of the foregoing was securely enclosed in an envelope with postage duly prepaid and addressed as follows:

Malcolm H. Brown
209 East Broadway
P.O. Box 2692
Bismarck, ND 58502-2692

     To the best of Affiant's knowledge, the address above given was the actual post office address of the party intended to be so served. The above document was duly mailed in accordance with the provisions of the Rules of Civil Procedure.

                                                           Debra J. Haarsager

Subscribed and sworn to before me this 7th day of March, 2007.

                                                       Notary Public Cass County, ND
(SEAL)                                       My Commission Expires:

DEBRA J. KRUEGER
Notary Public
State of North Dakota
My Commission Expires Nov. 3, 2011