STATE OF NORTH DAKOTA                                       IN DISTRICT COURT

COUNTY OF BURLEIGH                             SOUTH CENTRAL JUDICIAL DISTRICT

Dakota West Credit Union,                    )
                                             )           Civil No. _____
                    Plaintiff,               )
                                             )
vs.                                          )           SUMMONS
                                             )
CUMIS Insurance Society, Inc.,               )
~~d/b/a CUNA Mutual Group~~,                 )
                                             )
                    Defendant.               )

THE STATE OF NORTH DAKOTA TO THE ABOVE NAMED DEFENDANT:

        YOU ARE HEREBY SUMMONED and required to appear and defend against the

Complaint in this action, which is herewith served upon you, by serving upon the

undersigned an Answer or other proper response within twenty (20) days after service of this

Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the Complaint.

        Dated this  7th  day of February, 2007.

                                    MALCOLM H. BROWN, P.C.
                                    Attorney for Plaintiff
                                    209 East Broadway Avenue
                                    P.O. Box 2692
                                    Bismarck, ND  58502-2692
                                    Tel. 701-224-8825
                                    Fax. 701-224-8820

                                    By: _____
                                         Malcolm H. Brown (ID #02842)

EXHIBIT A

STATE OF NORTH DAKOTA                          IN DISTRICT COURT

COUNTY OF BURLEIGH                    SOUTH CENTRAL JUDICIAL DISTRICT

| | | |
|---|---|---|
| Dakota West Credit Union, | ) | |
| | ) | Civil No. _____ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| CUMIS Insurance Society, Inc., | ) | |
| d/b/a CUNA Mutual Group, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, for its complaint against the Defendant, alleges as follows:

I.

Plaintiff is a North Dakota chartered Credit Union having its principal place of business in Watford City, North Dakota.

II.

Defendant is an insurance company headquartered in Madison, Wisconsin, and doing business in the State of North Dakota.

III.

Plaintiff was the insured under a policy of insurance with the Defendant. Said insurance policy provided coverage for, among other things, loss by reason of "counterfeit share draft, check or securities" and for loss by reason of "forgery of an instrument". Said policy was in full force and effect on or about April 15, 2005.

1

EXHIBIT B

IV.

On or about April 15, 2005, Plaintiff advanced funds to an entity known as "H & J Livestock, LLC" in the amount of $950,000.   Plaintiff advanced funds in reliance on a faxed copy of a "Buyer's Bill" provided to Plaintiff by a principal of H & J Livestock, LLC. The Buyer's Bill purported to state that H & J Livestock, LLC had purchased 1,276 steers from Lake Region Livestock in Devils Lake, North Dakota, having a total purchase price of $950,023.73.

V.

Plaintiff later determined that the Buyer's Bill was counterfeit or forged, had not been authorized or issued by Lake Region Livestock and that in fact H & J Livestock, LLC did not purchase 1,276 steers from Lake Region Livestock on or about April 15, 2005. Notwithstanding that fact, H & J Livestock, LLC did issue a check to Lake Region Livestock in the amount of $950,023.73, and on or about the same day, Lake Region Livestock issued two checks to an entity known an "Horob Livestock", each in the amount of $390,533.46.

VI.

In full compliance with the subject policy of insurance, Plaintiff submitted a Proof of Loss to the Defendant, and Defendant, on or about January 16, 2007, denied coverage for Plaintiff's loss.   Plaintiff alleges that the loss it suffered by reason of the issuance by the advancement of funds to H & J Livestock, LLC was based on a counterfeit document of title, or a forged instrument, namely, the Buyer's Bill allegedly issued by Lake Region Livestock.

2

WHEREFORE, Plaintiff prays that the Court declare that the loss suffered by Plaintiff on or about April 15, 2005 is a covered loss under its policy of insurance with the Defendant, and that the Plaintiff have and recover the full amount of its loss, its costs and attorney's fees from the Defendant.

Dated this  7ᵗʰ  day of February, 2007.

> MALCOLM H. BROWN, P.C.
> Attorney for Plaintiff
> 209 East Broadway Avenue
> P.O. Box 2692
> Bismarck, ND  58502-2692
> Tel. 701-224-8825
> Fax. 701-224-8820
>
> By: _____
>      Malcolm H. Brown (ID #02842)

3



# DEPARTMENT OF INSURANCE
## STATE OF NORTH DAKOTA

Jim Poolman
Commissioner of Insurance

### ADMISSION OF SERVICE

February 12, 2007

Service of the within Summons & Complaint on CUMIS Insurance Society Incorporated, for and on behalf of Dakota West Credit Union, is hereby admitted on February 9, 2007, at my office in the Capitol of Bismarck, North Dakota.

COMMISSIONER OF INSURANCE

BY: