# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Dakota Western Credit Union, | ) | |
| | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| Plaintiff, | ) | **ADMISSION PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| CUMIS Insurance Society, Inc., | ) | Case No. 1:07-cv-016 |
| | ) | |
| Defendant. | ) | |

Before the court is the Defendant's Motion for attorneys attorneys Russell S. Ponessa and Jennifer C. Kalvestran to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Ponessa and Ms. Kalvestran have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fee to the office of the clerk. Accordingly, the Defendant's motion (Docket No. 5) is **GRANTED**. Mr. Ponessa and Ms. Kalvestran are admitted to practice before this court in the above-entitled action on the Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2007.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge