Judgment in a Civil Case

# United States District Court
## *District of North Dakota*
### Southwestern Division

Dakota West Credit Union

    vs.

CUMIS Insurance Society, Inc.

JUDGMENT IN A CIVIL CASE

Case Number:  1:07-cv-016

- ☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.
- ☐ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.
- ■ **Decision on Motion.** This action came before the Court on motion.  The issues have been considered and a decision rendered.
- ☐ **Stipulation.** This action came before the Court on motion of the parties.  The issues have been resolved.
- ☐ **Dismissal.** This action was voluntarily dismissed by Plaintiff pursuant to Rule 41(a)(1)(ii), F.R.Civ.Pro.

**IT IS ORDERED AND ADJUDGED**

That CUMIS's Motion for Summary Judgment is granted, and Dakota West Credit Union's Motion for Summary Judgment is denied.

January 24, 2008           s/Robert Ansley
*Date*          *Clerk*

         /s/ Kathy Schirber
         *(By) Deputy Clerk*